IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal No. 06-121 |
| | ) | Electronically Filed |
| AARON MICHAEL JONES | ) | |
| Defendant. | | |

### *MEMORANDUM ORDER RE: DEFENDANT'S PETITION TO RETURN PETITIONER TO FCC COLEMAN (Doc. No. 85)*

Presently before this Court is Aaron Michael Jones' Petition to Return to Federal Correction Complex ("FCC") Coleman in Florida. Doc. No. 85. In support of his Motion, Jones contends that he has been poorly treated at the Allegheny County Jail where he is presently incarcerated and that he must be returned to federal custody. Doc. No. 85.

All of Jones' arguments in the present motion have previously been brought before this Court and have all previously been denied. Doc. Nos. 75, 78, 82, 83. Furthermore, on June 30, 2011, the United States Court of Appeals for the Third Circuit denied Jones' Motion for Certificate of Appealability re. his Notice of Appeal from this Court's Memorandum Order denying Jones' Motion to File Under Title 28 U.S.C. § 2241. Doc. No. 84.

In sum, the present motion before this Court is not distinct from all of those previously ruled upon and therefore, it will be denied. No further motions presenting the same issues will be entertained.

AND NOW, this 11th day of July, 2011, for the reasons set forth in the foregoing Memorandum Order, the Petition to Return Petitioner to FCC Coleman (Doc. No. 85) is **DENIED**.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties and Pro Se Petitioner